# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA GIRLANDO** and **JOHN GIRLANDO,**
Appellants,

v.

**BERLIANT BUSINESS BROKERAGE, LLC.,**
Appellee.

No. 4D20-592
[February 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502017CA02862MBAE and 502017CA02869MBAE.

Joseph Stern of Charles G. White, P.A., Miami, for appellants.

Scott W. Zappolo of Zappolo & Farwell, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***